UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KANARRISO DONNELL LOVELESS,
    Petitioner,

vs.                                        Case No.:  3:21cv2569/LAC/EMT

FLORIDA DEPARTMENT OF
CORRECTIONS,
    Respondent.
_____/

## **ORDER**

The chief magistrate judge issued a Report and Recommendation on April 22, 2022 (ECF No. 9).  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

    1.    The chief magistrate judge's Report and Recommendation (ECF No. 9) is adopted and incorporated by reference in this order.

    2.    The petition for writ of habeas corpus (ECF No. 1) is **DENIED**.

3. A certificate of appealability is **DENIED**.

4. The clerk of court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 17th day of May, 2022.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**